# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Illinois** | **County of Northern** | **District Court** |

Case Number: 1:23-CV-02302

Plaintiff:
**PET-AG, INC., A DELAWARE CORPORATION**

vs.

Defendant:
**ALEXPCS OF NY INC. D/B/A US PREP CENTERS, A NEW YORK CORPORATION, ET AL**

For:
DANIEL WUCHERER
VORYS SATER SEYMOUR & PEASE LLP
301 E. 4TH ST
CINCINNATI, OH 45202

Received by Jaime Salinas on the 14th day of April, 2023 at 10:42 am to be served on **ALEXPCS OF NY, INC. D/B/A US PREP CENTERS C/O ALEXANDER PINHASOV, 20625 NE 22ND AVENUE, MIAMI, FL 33180.**

I, Jaime Salinas, being duly sworn, depose and say that on the **15th day of April, 2023** at **10:05 am, I:**

**Served Corporate Service at Residence** Served the within named corporation or LLC by delivering a true copy of the **Summons in a Civil Case, Complaint For Damages, INjunctive, and Other Relief For Violation of 15 U.S.C // 1114, 1125(), and Related State Claims, and Civil Cover Sheet** service was made on **JANE DOE** as **CORESIDENT OF ALEXANDER PINHASOV, AUTH TO ACCEPT** of the within named person's usual place of abode, located at **20625 NE 22ND AVENUE, MIAMI, FL 33180** who resides therein who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes of the within named corporation pursuant to F.S. 48.081, 48.062, in accordance with 48.031.

**Additional Information pertaining to this Service:**
4/15/2023 10:05 am Went to the house, a boy of about 12 years old opened the door, he was there with his brother and grandmother that did not speak English or Spanish, only Russian.

The kid called his father Alexander Pinhasov and I spoke to him via FaceTime. He authorized me to leave the documents in the mailbox. He also mentioned that he didn't authorize me to take his picture (I did anyways) and he was very mad at his son for opening the door.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Affidavit/Verified Return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2).

Subscribed and Sworn to before me by means of [x] physical presence or [ ] online notarization this the
26 day of April 2023 _____ by the affiant who is personally known to me.

NOTARY PUBLIC

LYNN REICH
Commission # HH 269879
Expires September 4, 2026

Jaime Salinas
CPS10033

ORANGE LEGAL, A VERITEXT COMPANY
633 East Colonial Drive
Orlando, FL 32803
(407) 898-4200

Our Job Serial Number: CIZ-2023006578
Ref: 5873805

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i



AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

PET-AG, INC., a Delaware corporation

V.

ALEXPCS OF NY INC d/b/a US PREP CENTERS, a New York corporation, ALEXANDER PINHASOV, a natural person, ALEXANDRA PINHASOV, a natural person, Q PREMIUM INC, a Georgia corporation, and JOHN DOES 1-10, individually or as corporations/business entities

CASE NUMBER: 1:23-cv-02302

ASSIGNED JUDGE: Hon. John J. Tharp, Jr.

DESIGNATED
MAGISTRATE JUDGE: Hon. Susan E. Cox

TO: (Name and address of Defendant)

AlexPCS of NY Inc d/b/a US Prep Centers
c/o Alexander Pinhasov
20625 NE 22nd Ave.
Miami, FL 33180

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel C.F. Wucherer
Vorys, Sater, Seymour, and Pease LLP
301 E. Fourth Street, Ste. 3500
Cincinnati, OH 45202
Telephone: (513) 723-4093
Email: dcwucherer@vorys.com

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



April 13, 2023
_____
DATE