# AFFIDAVIT OF SERVICE

**State of Illinois**  **County of Northern**  **District Court**

Case Number: 1:23-CV-02302

Plaintiff:
**PET-AG, INC., A DELAWARE CORPORATION**

vs.

Defendant:
**ALEXPCS OF NY INC. D/B/A US PREP CENTERS, A NEW YORK CORPORATION, ET AL**

For:
DANIEL WUCHERER
VORYS SATER SEYMOUR & PEASE LLP
301 E. 4TH ST
CINCINNATI, OH 45202

Received by Jaime Salinas on the 14th day of April, 2023 at 10:42 am to be served on **ALEXANDER PINHASOV, 20625 NE 22ND AVENUE, MIAMI, FL 33180**.

I, Jaime Salinas, being duly sworn, depose and say that on the **15th day of April, 2023** at **10:05 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons in a Civil Case, Complaint For Damages, INjunctive, and Other Relief For Violation of 15 U.S.C // 1114, 1125(), and Related State Claims, and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **JANE DOE** as **CORESIDENT** at the address of: **20625 NE 22ND AVENUE, MIAMI, FL 33180**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
4/15/2023  10:05 am  Went to the house, a boy of about 12 years old opened the door, he was there with his brother and grandmother that did not speak English or Spanish, only Russian.

The kid called his father Alexander Pinhasov and I spoke to him via FaceTime. He authorized me to leave the documents in the mailbox. He also mentioned that he didn't authorize me to take his picture (I did anyways) and he was very mad at his son for opening the door.
Mailed Copy on 4/26/2023, deponent completed service by depositing a copy of the above documents to the above address in the 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of Florida.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Affidavit/Verified Return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2).

Subscribed and Sworn to before me by means of [x] physical presence or [ ] online notarization this the 26 day of April 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

LYNN REICH
Commission # HH 269879
Expires September 4, 2026

Jaime Salinas
CPS10033

ORANGE LEGAL, A VERITEXT COMPANY
633 East Colonial Drive
Orlando, FL 32803
(407) 898-4200

Our Job Serial Number: CIZ-2023006579
Ref: 5873754

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

PET-AG, INC., a Delaware corporation

V.

ALEXPCS OF NY INC d/b/a US PREP CENTERS, a New York corporation, ALEXANDER PINHASOV, a natural person, ALEXANDRA PINHASOV, a natural person, Q PREMIUM INC, a Georgia corporation, and JOHN DOES 1-10, individually or as corporations/business entities

CASE NUMBER: 1:23-cv-02302

ASSIGNED JUDGE: Hon. John J. Tharp, Jr.

DESIGNATED MAGISTRATE JUDGE: Hon. Susan E. Cox

TO: (Name and address of Defendant)

Alexander Pinhasov
20625 NE 22nd Ave.
Miami, FL 33180

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel C.F. Wucherer
Vorys, Sater, Seymour, and Pease LLP
301 E. Fourth Street, Ste. 3500
Cincinnati, OH 45202
Telephone: (513) 723-4093
Email: dcwucherer@vorys.com

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_(signature)_

(By) DEPUTY CLERK



April 13, 2023

DATE