IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PET-AG, INC**, a Delaware corporation,, | ) |
| Plaintiff, | ) Case No: 1:23-cv-02302 |
| v. | ) Hon. John J. Tharp Jr. |
| **ALEXPCS OF NY INC d/b/a US PREP CENTERS**, a New York corporation, **ALEXANDER PINHASOV**, a natural person, **ALEXANDRA PINHASOV**, a natural person, **Q PREMIUM INC**, a Georgia corporation, and **JOHN DOES 1-10**, individually or as corporations/business entities, | ) |
| Defendants. | ) |

**JOINT MOTION REQUESTING EXTENSION OF TIME FOR DEFENDANTS ALEX OF NY INC d/b/a US PREP CENTERS, ALEXANDER PINHASOV, AND ALEXANDRA PINHASOV TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiff Pet-Ag, Inc. ("Plaintiff") and Defendants AlexPCS of NY Inc d/b/a US Prep Centers, Alexander Pinhasov, and Alexandra Pinhasov (collectively, the "AlexPCS Defendants") jointly request that the deadline for the AlexPCS Defendants to answer or otherwise respond to Plaintiffs' complaint be extended by 30 days from the current deadline of May 8, 2023. In further support, Plaintiff and the AlexPCS Defendants (for purposes of this motion, "the Parties") state as follows:

1. Plaintiff filed its complaint in this action on April 12, 2023. (Dkt. No. 1.)

2. On April 15, 2023, Plaintiff served each of the AlexPCS Defendants with its complaint and the Court's summons. (Dkt. Nos. 10-12.) The current deadline for the AlexPCS Defendants to answer or otherwise respond to Plaintiff's complaint is May 8, 2023.

-2-

3.     The parties are actively engaging in settlement discussions and believe they may be able to reach an amicable resolution in the coming days.  Because of this possibility, the Parties jointly request that the deadline for the AlexPCS Defendants to answer or otherwise respond to Plaintiff's complaint be extended by 30 days.

4.     Good cause exists to extend the deadline for the AlexPCS Defendants to answer or otherwise respond to Plaintiff's complaint.  The Parties request an extension not for purpose of delay, but to allow the Parties to potentially reach a settlement without the AlexPCS Defendants needing to incur costs preparing responsive pleadings.

5.     This motion seeks an extension only of the deadlines for the AlexPCS Defendants to answer or otherwise respond to Plaintiff's complaint.  It does not seek an extension of the deadline for Q Premium Inc to file a responsive pleading.  Q Premium Inc is not represented by counsel for the AlexPCS Defendants.

**WHEREFORE** the Parties respectfully request that the Court grant this joint motion and extend the deadline for Defendants AlexPCS of NY Inc d/b/a US Prep Centers, Alexander Pinhasov, and Alexandra Pinhasov to answer or otherwise respond to Plaintiff's complaint from May 8, 2023 to June 7, 2023 or such other time that the Court deems appropriate.

Dated: May 8, 2023                               Respectfully submitted,

*/s/ Mark R. Bagley* (by permission)
Mark R. Bagley
TOLPIN & PARTNERS, PC
30 N. LaSalle Street, Suite 1510
Chicago, IL 60602
Tel: (312) 803-9602
mark@tolpinlaw.com

-3-

*Attorneys for Defendants AlexPCS of NY Inc d/b/a US Prep Centers, Alexander Pinhasov, and Alexandra Pinhasov*


*/s/ Daniel C.F. Wucherer*
Daniel C.F. Wucherer
VORYS, SATER, SEYMOUR AND PEASE LLP
301 E. 4th Street, Suite 3500
Cincinnati, OH 45202
Tel: (513) 723-4093
dcwucherer@vorys.com

Matthew Jason Singer
MATT SINGER LAW, LLC
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
Tel: (312) 248-9123
matt@mattsingerlaw.com

*Attorneys for Plaintiff Pet-Ag, Inc.*

-4-

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was electronically filed with the Court on May 8, 2023.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                */s/ Daniel C.F. Wucherer*
                Daniel C.F. Wucherer