## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Pet–Ag, Inc.
                              Plaintiff,

v.                                            Case No.: 1:23–cv–02302
                                                        Honorable John J. Tharp Jr.

AlexPCS of NY Inc, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 25, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr:Plaintiff's motion for an entry of default [18] is granted. The clerk is directed to enter a default against defendant Q Premium Inc. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.