**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PET-AG, INC., | ) | |
| | ) | Case No. 1:23-cv-2302 |
| Plaintiff, | ) | |
| v. | ) | Judge John J. Tharp, Jr. |
| | ) | |
| ALEXPCS OF NY INC., ALEXANDER | ) | Magistrate Judge Susan E. Cox |
| PINHASOV, ALEXANDRA PINHASOV, | ) | |
| Q PREMIUM INC., AND JOHN | ) | |
| DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME FOR
ALEXPCS OF NY INC., ALEXANDER PINHASOV, AND
<u>ALEXANDRA PINHASOV TO ANSWER OR OTHERWISE PLEAD</u>**

Defendants AlexPCS of NY Inc., Alexander Pinhasov, and Alexandra Pinhasov (collectively, the "AlexPCS Defendants") respectfully request a fourteen day extension of time, until June 21, 2023, to answer or otherwise plead in response to the Complaint in this action. In support of this motion, the AlexPCS Defendants state the following:

1. On May 9, 2023, this Court granted a joint motion extending the date for the AlexPCS Defendants to answer or otherwise respond to the Complaint until June 7, 2023. *See* ECF No. 17. The grounds for that motion was that Plaintiff Pet-Ag, Inc. and the AlexPCS Defendants (for purposes of this motion, the "Parties") were engaged in settlement negotiations and believed they could reach a settlement which would make responding to the Complaint unnecessary.

2. Plaintiff and the AlexPCS Defendants have now reached a settlement in principle, and Plaintiff's counsel has drafted and sent a proposed agreement memorializing that settlement. The Parties are now adding certain information to and finalizing the details of that written

agreement. The Parties believe that they will be able to complete that process in the near future.

3. The Parties have agreed that an additional fourteen days should be sufficient for them to finalize a written settlement agreement, such that the AlexPCS Defendants would not need to respond to the Complaint.

4. Good cause exists to extend the deadline for the AlexPCS Defendants to answer or otherwise respond to the Complaint. This motion is not made for the purpose of delay, but rather to allow the parties to finalize their settlement agreement without the AlexPCS Defendants needing to incur effort in creating a responsive pleading which would be unnecessary under the settlement.

5. Counsel for the AlexPCS Defendants has conferred with Plaintiff's counsel concerning the requested extension of time. Plaintiff's counsel stated that Plaintiff would agree to an extension of fourteen days for the AlexPCS Defendants to answer or otherwise plead.

6. This motion is not brought by Defendant Q Premium Inc. and does not seek an extension of the deadline for Q Premium Inc. to file a responsive pleading.

WHEREFORE, Defendants AlexPCS of NY Inc., Alexander Pinhasov, and Alexandra Pinhasov, with the agreement of Plaintiff Pet-Ag, Inc., respectfully request that this Court enter an order extending their deadline to answer or otherwise plead in response to Plaintiff's Complaint until June 21, 2023.

        Respectfully submitted,

        ALEXPCS OF NY INC., ALEXANDER PINHASOV, and ALEXANDRA PINHASOV

Date:   June 7, 2023        By:   /s/ Mark R. Bagley
        Mark R. Bagley
        TOLPIN & PARTNERS, PC
        30 North LaSalle Street, Suite 1510
        Chicago, Illinois 60602
        (312) 698-8971

        *Attorney for Defendants AlexPCS of NY Inc., Alexander Pinhasov, and Alexandra Pinhasov*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **AGREED MOTION FOR EXTENSION OF TIME FOR ALEXPCS OF NY INC., ALEXANDER PINHASOV, AND ALEXANDRA PINHASOV TO ANSWER OR OTHERWISE PLEAD** was served via the Northern District of Illinois electronic filing system to:

>Daniel C. Wucherer
>VORYS, SATER, SEYMOUR, and PEASE LLP
>301 E. 4th Street, Suite 3500
>Cincinnati, OH 45202
>
>Matthew Jason Singer
>MATT SINGER LAW, LLC
>77 W. Wacker Drive, Suite 4500
>Chicago, IL 60601

on this 7th day of June, 2023.

>/s/ Mark R. Bagley
>Mark R. Bagley